**Order entered August 2, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00348-CV

## BADMAND HOLDINGS, LLC, Appellant

## V.

## JIMIN XIE AND WEIYAN JEANNE LI, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03683-B**

## ORDER

Before the Court is appellant's July 31, 2017 motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed on or before **August 21, 2017**.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE